## AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

*********************************************************************************************

**FRANKLIN COUNTY CHILDREN SERVICES. Respondeat Superior, and ALL AGENTS AND PARTIES OF INTEREST**

**697 E. BROAD ST.**

**COLUMBUS, OHIO 43215**

2   20 C V 5 0 7 5

Judge Watson,

**JUDGE JAMES W. BROWN,**

**MAGISTRATE JEFF REYNARD,**

MAGISTRATE JUDGE JOLSON

**/ IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE DIVISION, RESPONDEAT SUPERIOR, AND ALL PARTIES OF INTEREST(S)**

**855 W. MOUND ST.**

**COLUMBUS, OHIO 43223**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 SEP 28  PM 1:47
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST. DIV. COLUMBUS

Take notice that on March 26ᵗʰ 2018  Monita Carter gave birth to Marly Carter; furthermore, child tested positive for cocaine and mother admitted cocaine use throughout pregnancy. Take further notice that the father Shahid Azad Kamal EL whereabouts were Known at the time of Birth and was recorded being available after child birth. Father alleged that he never had knowledge of  mother's drug use; furthermore, when the hospital notified Franklin County Child Services of my child testing positive for cocaine my child was taken into custody by order from Magistrate Jeff Reynard of COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH in alleged frivolous case # 18JU-11680 dated on December 17ᵗʰ 2018 from complaint filed on October 4ᵗʰ 2018 by Ruth McFarland PFSN case worker for FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT SUPERIOR.  instead of Custody of the child going to next of kin (father).  Take Further Notice that FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT

SUPUPERIOR and IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH, RESPONDEAT SUPERIOR did not have my consent to take my child into custody and I never waived my rights unalienable rights; furthermore, these alleged acts by FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT SUPERIOR AND IN THE COURT OF OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH, RESPONDEAT SUPERIOR are violations of my unalienable rights protected by the organic United States Constitution as well as Ohio Constitution of 1802 Article VIII Bill of Rights: Section 1, Section 4, Section 5, Section 9, Section 16. and pursuant to your oath of office under Article VI Section III of the United States Constitution.

## NOTICE OF TRUE BILL

## 18 U.S. Code § 242.Deprivation of rights under color of law

**Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both;**

## 42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

## 42 U.S. Code § 1985.Conspiracy to interfere with civil rights

## (3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES
**If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having**

and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators

## CONSTITUTION OF THE STATE OF OHIO (1802)

**ARTICLE VIII BILL OF RIGHTS: Section 1.** – That all men born equally free and independent, and have certain natural, inherent and unalienable rights; amongst which are the enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing and obtaining happiness and safety; and every free republican government, being founded on their sole authority, and organized for the great purpose of protecting their rights and liberties, and securing their independence; to effect these ends, they have at all times a complete power to alter, reform or abolish their government, whenever they may deem it necessary.

**Section 4.** – Private property ought and shall ever be held inviolate, but always subservient to the public welfare, provided a compensation in money be made to the owner.

**Section 5.** – That the people shall be secure in their persons, houses, papers, and possessions, from unwarrantable searches and seizures; and that general warrants, whereby an officer may be commanded to search suspected places, without probable evidence of the fact committed, or to seize any person or persons not named, whose offenses are not

particularly described, and without oath or affirmation, are dangerous to liberty, and shall not be

granted.

Section 16. – No ex post facto law nor any law impairing the validity of contracts, shall ever be

made; and no conviction shall work corruption of blood, or forfeiture of estate.


## NOTICE OF TRUE BILL


**WARNING**: You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.


FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT SUPERIOR, AND IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH, YOU ARE HEREBY GIVEN FIVE BUSINESS DAYS OF THE RECIEPT OF THIS DOCUMENT (EXCLUDING HOLIDAYS) TO PAY ME IN THE AMOUNT OF $50,000,000 USD IN CREDIT FOR YOUR VIOLATIONS AGAINST MY UNALIENABLE RIGHTS; PROTECTED BY THE OHIO STATE CONSTITUTION OF 1802 AS WELL AS THE ORGANIC U.S. CONSTITUTION LISTED IN ABOVE AFFIDAVIT. PROVIDED FRANKLIN COUNTY CPS RESPONDEAT SUPERIOR REFUSES/NEGLECTS/REFUTES TO PAY MONIES OWED IN GOOD FAITH IT WILL BE CONSIDERED AN ACT OF TORT AND YOU WILL BE CONTRACTED THROUGH WAIVER OF TORT TO PAY THE SUM OF $50,000,000 USD IN CREDIT INCLUDING AN ADDITIONAL $10,000 USD IN CREDIT PER DAY ALONG WITH COMPENSATORY (3 TIMES) AND PARTIAL PUNITIVE DAMAGES (5 TIMES) STARTING FROM 10/04/2018.


Without Recourse

By:

Shahid Azad Kamal EL

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE:


NOTARY:

## AFFIDAVIT OF NOTARY PRESENTMENT

### (Certification of Mailing)

**Important notice:**

a. Due to the Novel of Covid-19, for health safety reasons the State of California now allows a virtual notarizing. In order to perform a virtual notarization the signer required to provide at least one credible witness for her/his identity or must be known to the notary.

b. At this occasion the signer is not personally known to the notary. Thus, a witness provided by the signer will join to the procedure of notarizing for signer's identity reasons.

c. A virtual notarization to be performed via FaceTime, provided by Apple.co.

**State of : California**

**County of : Los Angeles**

**09/16/2020**

Today, on September, 16, 2020, for the purpose of verification, I, Sissy McConnon, as certified, bonded and insured agent and notary of the State of California and as an undersigning notary,

I do certify and confirm that the individual with :

Last name: **El**

First Name: **Shahid**

Middle name : **Azad Kamal**

Resident of 610 South 22th Street, Columbus, Ohio, 43205 and holder of State of Ohio issued MDNM2012-810 National ID, appeared by an appointment electronically and visually before me via FaceTime, and claimed that he is visiting the State of California for his personal proposes and lives temporarily in a hotel, in Los Angeles.

Mr. El Shahid requested to notarize and then to mail the following document(s) to following direction(s).

1. Franklin County Child Services, 697 East Broad Street, Columbus, Ohio, 43215
2. Franklin County Courthouse, 855 West Mound Street, Ohio, 43223 to a Judge James W. Brown and Magistrate Jeff Reynard

List of document(s) mailed:

1. Notice of Waiver of Tort
2. Affidavit of Truth and Notice of True Bill

**I, Sissy McConnon**, the undersigning CA **Notary Public**, personally reviewed the bellow document(s), and personally verified that these document(s) were placed in an envelope and sealed by me. They were mailed to bellow directions, via USPS in a form of registered and certified mail.

Signer: El Shahid (m.n., Kamal, Azad)  *Shahid Azad Kamal El*

State of CA , Notary Public signature, Sissy McConnon ...............................................

09/17/2020

my com.
exp. on.
01/19/2023

09/16/2020

Los Angeles, California

### California General Acknowledgement

### General Acknowledgement Of A Witness In Regards The Signer's Identity

**Important notice:**

a. Due to the Novel of Covid-19, for health safety reasons the State of California now allows a virtual notarizing. In order to perform a virtual notarization the signer required to provide at least one credible witness for her/his identity or must be known to the notary.

b. At this occasion the signer is not personally known to the notary. Thus, a witness provided by the signer will join to the procedure of notarizing for signer's identity reasons.

**A Contact Free Notarizing**

(To/for any legal direction or use)

Legal Name : Amatullah Faheemah Bey

Resident of : 1185 Ohio Ave. Columbus, Ohio.43206

Holder of State of Ohio issued # MDNM2012-894 National ID

My name is : Amatullah Faheemah Bey, I'm over 18 years old and under penalty of perjury I acknowledge that my bellow statement is true and in case of necessity I'm willing to testify for any legal proposes .

a. I acknowledge that I know Mr. Shahid El (Kamal Azad) about ten (10) years and we are friends.

b. I acknowledge that Mr. Shahid El (Kamal Azad) is the same person that appears in the State of Ohio issued # MDNM2012-810 National ID and provided to the notary.

c. I acknowledge that Mr. Shahid El (Kamal Azad) and I currently visiting the City of Los Angeles and we are in the territory of a State of California.

Witness : : Amatullah Faheemah Bey

Signature : Amatullah Faheemah Bey

California Notary Public.

Signature ....................................

today's date :
09/17/2020

My Com. Expires :

01/19/2023

Seal

Shahid Syed Kamal S

## AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

*************************************************************************

FRANKLIN COUNTY CHILDREN SERVICES. Respondeat Superior, and ALL AGENTS AND PARTIES OF INTEREST

697 E. BROAD ST.

COLUMBUS, OHIO 43215


JUDGE JAMES W. BROWN,

MAGISTRATE JEFF REYNARD.


/ IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE DIVISION, RESPONDEAT SUPERIOR, AND ALL PARTIES OF INTEREST(S)

855 W. MOUND ST.

COLUMBUS, OHIO 43223



Take notice that on March 26th 2018 Monita Carter gave birth to Marly Carter, furthermore, child tested positive for cocaine and mother admitted cocaine use throughout pregnancy. Take further notice that the father Shahid Azad Kamal EL whereabouts were Known at the time of Birth and was recorded being available after child birth. Father alleged that he never had knowledge of mother's drug use; furthermore, when the hospital notified Franklin County Child Services of my child testing positive for cocaine my child was taken into custody by order from Magistrate Jeff Reynard of COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH in alleged frivolous case # 18JU-11680 dated on December 17th 2018 from complaint filed on October 4th 2018 by Ruth McFarland PFSN case worker for FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT SUPERIOR. instead of Custody of the child going to next of kin (father). Take Further Notice that FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT

SUPUPERIOR and IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH, RESPONDEAT SUPERIOR did not have my consent to take my child into custody and I never waived my rights unalienable rights, furthermore, these alleged acts by FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT SUPERIOR AND IN THE COURT OF OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH, RESPONDEAT SUPERIOR are violations of my unalienable rights protected by the organic United States Constitution as well as Ohio Constitution of 1802 Article VIII Bill of Rights; Section 1, Section 4, Section 5, Section 9, Section 16, and pursuant to your oath of office under Article VI Section III of the United States Constitution.

## NOTICE OF TRUE BILL

### 18 U.S. Code § 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both;

### 42 U.S. Code § 1983. Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

### 42 U.S. Code § 1985. Conspiracy to interfere with civil rights

### (3) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having

and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators

## CONSTITUTION OF THE STATE OF OHIO (1802)

**ARTICLE VIII BILL OF RIGHTS: Section 1.** — That all men born equally free and independent, and have certain natural, inherent and unalienable rights; amongst which are the enjoying and defending life and liberty, acquiring, possessing and protecting property, and pursuing and obtaining happiness and safety; and every free republican government, being founded on their sole authority, and organized for the great purpose of protecting their rights and liberties, and securing their independence; to effect these ends, they have at all times a complete power to alter, reform or abolish their government, whenever they may deem it necessary.

**Section 4.** — Private property ought and shall ever be held inviolate, but always subservient to the public welfare, provided a compensation in money be made to the owner.

**Section 5.** — That the people shall be secure in their persons, houses, papers, and possessions, from unwarrantable searches and seizures; and that general warrants, whereby an officer may be commanded to search suspected places, without probable evidence of the fact committed, or to seize any person or persons not named, whose offenses are not

particularly described, and without oath or affirmation, are dangerous to liberty, and shall not be granted.

Section 16. – No ex post facto law nor any law impairing the validity of contracts, shall ever be made; and no conviction shall work corruption of blood, or forfeiture of estate.

## NOTICE OF TRUE BILL

**WARNING**: You may be in violation of State and Federal Law and persisting may lead to your arrest and/or civil damages! Also understand that law provides that you can be held personally responsible and liable, as well as your company or agency.

FRANKLIN COUNTY CHILDREN SERVICES, RESPONDEAT SUPERIOR, AND IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE BRANCH. YOU ARE HEREBY GIVEN FIVE BUSINESS DAYS OF THE RECEIPT OF THIS DOCUMENT (EXCLUDING HOLIDAYS) TO PAY ME IN THE AMOUNT OF $50,000,000 USD IN CREDIT FOR YOUR VIOLATIONS AGAINST MY UNALIENABLE RIGHTS, PROTECTED BY THE OHIO STATE CONSTITUTION OF 1802 AS WELL AS THE ORGANIC U.S. CONSTITUTION LISTED IN ABOVE AFFIDAVIT. PROVIDED FRANKLIN COUNTY CPS RESPONDEAT SUPERIOR REFUSES/NEGLECTS/REFUTES TO PAY MONIES OWED IN GOOD FAITH IT WILL BE CONSIDERED AN ACT OF TORT AND YOU WILL BE CONTRACTED THROUGH WAIVER OF TORT TO PAY THE SUM OF $50,000,000 USD IN CREDIT INCLUDING AN ADDITIONAL $10,000 USD IN CREDIT PER DAY ALONG WITH COMPENSATORY (3 TIMES) AND PARTIAL PUNITIVE DAMAGES (5 TIMES) STARTING FROM 10/04/2018

Without Recourse

By _____

Shahid Azad Kamal El.

Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE: 09/19/2020

NOTARY:

### NOTICE of WAIVER of TORT is hereby given to ANY and ALL ACTORS

#### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

#### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

**FRANKLIN COUNTY CHILDREN SERVICES. Respondent Superior, and ALL AGENTS AND PARTIES OF INTEREST**

**697 E. BROAD ST.**

**COLUMBUS, OHIO 43215**

**JUDGE JAMES W. BROWN,**

**MAGISTRATE JEFF REYNARD,**

**/ IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO DIVISION OF DOMESTIC RELATIONS AND JUVENILE DIVISION, RESPONDEAT SUPERIOR, AND ALL PARTIES OF INTEREST(S)**

**855 W. MOUND ST.**

**COLUMBUS, OHIO 43223**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be **NO "MISTAKE",** or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that **ALL** Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES. NOTICE IS THEREFORE ENTERED and POSTED upon the **PUBLIC RECORD** by and through the **Universal Postal Union by CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT and Public NOTICE in the PUBLIC LIBRARY and COUNTY CLERKS OFFICE pursuant to COMMON LAW.**

It is therefore and herein **DECLARED** that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE, TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this CONTRACT MUTUALLY AGREED BY ALL ACTORS BY SPECIFIC PERFORMANCE.

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and/or Corporations, Officers, Deputies, assigns, agents, actors, employees or representatives in any way thereof: YOU ARE HEREIN GIVEN AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL AND DECLARATION OF THIS WAIVER OF TORT and the CONTRACT therein created.

You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S). NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM OR LIMITATION OF LIABILITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance: @\$50,000,000 including an additional \$10,000 USD in credit per day including compensatory (3x) and partial punitive (5x) damages starting from day of offense/trespass. THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY or an OMISSION OF LAWFUL ACTIONS OR DUTIES. Res ipsa loquitur.

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THAT ATTACHED CONTRACT.

BY PROCEEDING TO FURTHER INJURY YOU AGREE, KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON YOURSELVES. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE ON NOT TO INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse

By: _Shahid Azad Kamal El_

Shahid Azad Kamal El

Authorized Representative

Proper Rules of English

Article 9 Entity Strict Liability

DATE: 09/17/2020

NOTARY:

70438 - K79

# Affidavit Notification of reservation of rights
## And
### Declaration of Status

**THIS IS A PUBLIC COMMUNICATION TO ALL**
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

**Shahid Azad Kamal El**, sui juris
All rights reserved UCC 1-308

2019 JUN -6 AM
CLERK OF CO
FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

## AFFIDAVIT OF STATUS

By special visitation only. I, **Shahid Azad Kamal El**, state and Publish for the Record: My 'Declaration of Status': Aboriginal / Indigenous Natural Man; Freehold by Birthright, Inheritance and Primogeniture; Affirming my Substantive Rights, in harmony with the Highest and most supreme Law of the Land.

I Am **Shahid Azad Kamal El** 'In Propria Persona' (Not Pro Se); and not 'Cognate' to any 'Nom de Guerre' or any other such like fiction entity; created by the unclean hands of others by way of Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, or scribed in ALL CAPITAL LETTERS. I am a Natural Dweller and American National in, of, and on the Lands of my Forefathers - Northwest Amexem / Northwest Africa / North America / The North Gate. For the record I am <u>not</u> a part of any sovereignty or freeman group, I am not the PERSON referred to by all capital letters. I am an American National.

## Nationality

Affiant, **Shahid Azad Kamal El**, inpropia persona sui juris, a Moorish Almurocan (American) National, a descendant of the ancient Moabites, a peacefull soverign indigenous Moor, A1 freehold by inheritance with In Full Life social/political status, does swear and affirm that Affiant and my ospring are <u>not</u> a United States citizens. Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

**References of Nationality**:

*Principle 3:*    **Declaration Of The Rights Of The Child** – International Law - 1959:

"The child shall be entitled from his birth to a name and a nationality".

**Universal Declaration Of Human Rights Of 1948** – General Assembly: International Law: Article 15
(1) Everyone has the right to a nationality.
(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

70438 — K80

The Rights of Indigenous People E/Cn. 4/Sub. 2/1994/2/Add. 1(1994).Part 1,

Article 5

Every Indigenous Individual Has The Right To A Nationality.

Treaty of Peace and Friendship Between Morocco and The United States: 1787 / 1836

Treaty of Marrakech – Supreme Law of the Land

I am competent to manage all my own affairs concerning my offspring . All other entities/agents are incompetent to manage any of my affairs, and are hereby fired. Consistent with the eternal tradition of natural common law, unless I have harmed or violated someone, or their property, I have committed no crime; and am therefore not subject to any penalty or defacto jurisdiction.

I, **Shahid Azad Kamal El** affirm that all the foregoing is true and correct. I hereby affix my own signature to all the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without . misrepresentation, duress, or coercion.

Further, let all be advised that all actions commenced against me and my offspring may be in violation of but not limited to,

**USC** TITLE 18 > PART I > CHAPTER 13 > **§ 242 Deprivation of rights under color of law**

**USC** TITLE 18 > PART I > CHAPTER 13 > **§ 241 Conspiracy against rights**

**The Constitution for The United States Republic, North America**

**The Ohio Constitution**

Wherefore all have undeniable knowledge.

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.**

Thank You,
I Am: _Shahid Azad Kamal El_
**Shahid Azad Kamal El** In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Ohio Territory

## IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO
### DIVISION OF DOMESTIC RELATIONS
### AND JUVENILE BRANCH

IN RE: Marly Carter

CASE NO. _____

## COMPLAINT

The undersigned, being first duly cautioned and sworn, says that s/he has knowledge of a certain child(ren), to wit:

| NAME | AGE | DOB | RESIDING WITH/ADDRESS |
|------|-----|-----|----------------------|
| Marly Carter | 6 months | 03/26/18 | Mother: Monita Carter<br>106 Meek Avenue<br>Columbus, OH 43201 |

Who appears to be an abused/neglected/dependent child(ren).

## FIRST CAUSE OF ACTION

2151.031(C) Abused Child

Exhibits evidence of any physical or mental injury or death, inflicted other than by accidental means, or an injury or death which is at variance with the history given of it, to wit: Parents are not married. The whereabouts of mother, Monita Carter, are known. The whereabouts of alleged father, Shahid Kamal, are known. Permanent Family Solutions Network is currently providing services to the family pursuant to a managed care contract with FCCS. On March 26, 2018, Marly tested positive for cocaine at birth. Mother admitted to cocaine use throughout her pregnancy and only had five (5) prenatal visits. Mother began working with the family on a voluntary basis on April 5, 2018 and an out of home safety plan was put in place as mother does not have stable housing. Mother reported that she used to use heroin, but switched to cocaine. Mother completed a mental health and alcohol and other drug ("AOD") assessment, but has not followed through with recommendations, including counseling. Mother was referred to Maryhaven for inpatient services, but has not followed through. Since April 2, 2018, mother has had six (6) positive drug screens, missed eighteen screens and missed fifty-four (54) call-in screens. PFSN caseworker has not been able to see Marly in compliance with the safety plan, as family reports Marly to be with other safety plan participants during visits, but it is unknown if this is true. *For the health, welfare, and safety of Marly Carter, Franklin County Children Services Respectfully Request for this Family to Cooperate with Franklin County Children Services.*

IN RE: Marly Carter                    CASE NO. _____

## SECOND CAUSE OF ACTION

2151.031(D) Abused Child

Because of the acts of his parents, guardian, or custodian, suffers physical or mental injury that harms or threatens to harm the child's health or welfare, to wit: *The complainant hereby incorporates the allegation and requests of the first cause of action as if repeated verbatim herein.*

## THIRD CAUSE OF ACTION

2151.03(A)(2) Neglected Child

Who lacks adequate parental care because of the faults or habits of the child's parents, guardian, or custodian, to wit: *The complainant hereby incorporates the allegation and requests of the first and second causes of action as if repeated verbatim herein.*

## FOURTH CAUSE OF ACTION

2151.04 (C) Dependent Child

Whose condition or environment is such as to warrant the state, in the interests of the child, in assuming the child's guardianship, to wit: *The complainant hereby incorporates the allegation and requests of the first, second, and third causes of action as if repeated verbatim herein.*

IN RE: Marly Carter       CASE NO. _____

Person having custody and control of the child:
Mother: Monita Carter

WHEREFORE, complainant prays this Court to so find the child(ren) and make a disposition pursuant to O.R.C. 2151.353 including, but not limited to, an order of temporary custody.

## NOTICE TO PARENTS

THERE WILL BE A HEARING WHERE A JUDGE OR MAGISTRATE WILL MAKE DECISIONS ABOUT YOUR CHILDREN, INCLUDING CUSTODY. IT IS IMPORTANT THAT YOU ATTEND ALL HEARINGS. THE COURT CAN MAKE DECISIONS WITHOUT YOU, IF YOU ARE NOTIFIED BUT DO NOT COME TO THE HEARING.

YOU MAY BE ENTITLED TO A COURT APPOINTED LAWYER TO REPRESENT YOU DURING THE HEARINGS. YOU MUST PROVIDE INFORMATION ABOUT YOUR INCOME TO DETERMINE IF YOU ARE ELIGIBLE. TO SCREEN FOR A LAWYER, YOU SHOULD GO TO ONE OF THE FOLLOWING LOCATIONS DURING THE TIMES LISTED:

Franklin County Public Defender
Franklin County Courthouse
373 South High Street, 12th Floor
Columbus, Ohio
614-462-3194
Tuesday :  1:30-4:00 p.m.
Thursday: 1:30-4:00 p.m.

Franklin County Juvenile Court
Franklin County Courthouse
373 South High Street, 5th Floor
Columbus, Ohio
614-462-3248
Monday through Friday
9:00a.m.-12:00 p.m.
1:30p.m.- 4:00 p.m.



AMY BILLS
Notary Public, State of Ohio
My Commission Expires 11-23-2020

Complainant _C_____
Ruth McFarland
PFSN Caseworker
697 E. Broad St.
Columbus, OH  43215
(614)  384-7700

**Sworn to and signed before me this 4th day of October, 2018**

Preliminary: October 11, 2018

Judge:

Magistrate:

amb

_____
Notary Public

## IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO

### DIVISION OF DOMESTIC RELATIONS

### AND JUVENILE BRANCH

MARLY CARTER
ALLEGED ABUSED/NEGLECTED/
DEPENDENT MINOR

CASE NO. 18JU-10-11680
JUDGE BROWN
MAGISTRATE REYNARD

### J U D G M E N T   E N T R Y

Pursuant to Ohio Rules of Civil Procedure/Ohio Rules of Juvenile Procedure, the Court has by specific and/or general order of reference directed that this cause be referred to a magistrate, which magistrate has the powers specified in said Ohio Civil Rules/Ohio Juvenile Rules.

This matter was heard _____ DECEMBER 17, 2018 _____ on a complaint filed:

_____ OCTOBER 4, 2018 _____ and appearances were made by:

MOTHER, MOTHER'S ATTORNEY; PETER CHIMBIDIS, FATHER, PROSECUTOR;

COURTNEY SACKETT, GAL; JASON RUSS, PFSN CASEWORKER

The magistrate has filed a decision in this matter with the Clerk of Courts on __ see time stamp __, and copies thereof were mailed to the parties and/or their attorneys of record. The Court adopts the magistrate's decision and approves same, unless specifically modified or vacated, and enters the same as a matter of record, and includes same as the Court's judgment herein. The Court further finds there is no error of law or other defect on the face of the magistrate's decision. The Court incorporates by reference the attached magistrate's decision and makes same the judgment of this Court.

(Check if applicable)

☒ Pursuant to Ohio Rule of Civil Procedure 53(D)(4)(e)(ii)/Juvenile Procedure 40(D)(4)(e)(ii) the Court finds immediate relief is justified. Should a party file timely objections to the magistrate's decision, this order shall serve as an interim order, and shall not be subject to the automatic stay caused by the filing of said objections. Said interim order shall not extend more than 28 days from the date of entry, subject to extension by the court in increments of 28 days for good cause shown.

**PRAECIPE: TO THE CLERK OF COURTS**
Pursuant to Civil Rule 58(B). you are hereby instructed to serve upon all parties not in default for failure to appear. notice of the judgment and its date of entry upon the journal.

SIGNATURE PAGE ATTACHED
JUDGE

MARLY CARTER                          CASE NO. 18JU-10-11680
ALLEGED ABUSED/NEGLECTED/             JUDGE BROWN
DEPENDENT MINOR                       MAGISTRATE REYNARD

## MAGISTRATE'S DECISION

HEARING: DECEMBER 17, 2018

STATUS: ADJUDICATORY HEARING ON ABUSED, NEGLECTED, AND DEPENDENT
CAUSES OF ACTION FILED OCTOBER 4, 2018.

APPEARANCES: MOTHER, MOTHER'S ATTORNEY; PETER CHIMBIDIS, FATHER,
PROSECUTOR; COURTNEY SACKETT, GAL; JASON RUSS, PFSN CASEWORKER

The Magistrate advised the father of the right to counsel and the right to have an attorney appointed if
indigent. The father waived the right to counsel.

All parties waived reading of the complaint and the Magistrate proceeded on an UNCONTESTED basis

Based upon the facts as alleged in the complaint that are uncontested and the representations made
today, the Magistrate finds the child to be Abused as defined in section 2151.031(C) and section
2151.031(D) of the Ohio Revised Code, to be Neglected as defined in section 2151.03(A)(2) of the Ohio
Revised Code, and to be Dependent as defined in section 2151.04(C) of the Ohio Revised Code.

Continuation in the child's own home would be contrary to the child's welfare and that reasonable
efforts have been made to prevent or eliminate the need for removal of said child from the child's own
home.

**NOTICE TO THE PARTIES: A party shall not assign as error on appeal the court's adoption of any
factual finding or legal conclusion, whether or not specifically designated as a finding of fact or conclusion
of law under Civil Rule 53(D)(3)(a)(ii) or Juvenile Rule 40(D)(3)(a)(ii), unless the party timely and
specifically objects to that factual finding or legal conclusion as required by Civil Rule 53(D)(3)(b) or
Juvenile Rule 40(D)(3)(b).**

**Continued on page 2**

MARLY CARTER                          CASE NO. 18JU-10-11680

ALLEGED ABUSED/NEGLECTED/    JUDGE BROWN
DEPENDENT MINOR      MAGISTRATE REYNARD

## MAGISTRATE'S DECISION

### -Page 2-

**ON DECEMBER 17, 2018, IT IS THE DECISION OF THE MAGISTRATE THAT THE FOLLOWING ORDERS SHALL ISSUE:**

FIND MARLY CARTER TO BE ABUSED AS DEFINED IN SECTION 2151.031(C) AND SECTION 2151.031(D) OF THE OHIO REVISED CODE, TO BE NEGLECTED AS DEFINED IN SECTION 2151.03(A)(2) OF THE OHIO REVISED CODE, AND TO BE DEPENDENT AS DEFINED IN SECTION 2151.04(C) OF THE OHIO REVISED CODE.

TERMINATE THE TEMPORARY ORDERED CUSTODY OF MARLY CARTER TO FRANKLIN COUNTY CHILDREN SERVICES.

MAKE MARLY CARTER A WARD OF THE COURT AND PURSUANT TO SECTION 2151.353(A)(2) OF THE OHIO REVISED CODE, COMMIT SAID CHILD TEMPORARILY TO THE CUSTODY OF THE FATHER, SHAHID KAMAL, 1458 GREENOCK ROAD, COLUMBUS, OHIO 43228. SAID TEMPORARY COURT CUSTODY TO CONTINUE UNTIL FURTHER ORDER OF THE COURT.

ORDER NO SCHOOL DISTRICT TO BEAR THE COST OF TUITION DURING CUSTODY.

PLACE MARLY CARTER UNDER THE COURT ORDERED PROTECTIVE SUPERVISION OF FRANKLIN COUNTY CHILDREN SERVICES PURSUANT TO SECTION 2151.353(A)(1) OF THE OHIO REVISED CODE.

ORDER THE PARTIES TO NOTIFY THE COURT, THROUGH THE PROTECTIVE SERVICES DEPARTMENT, SHOULD THERE BE A CHANGE IN THEIR CURRENT ADDRESS OR TELEPHONE NUMBER.

SET THIS MATTER FOR CASE PLAN SUBMISSION, TO A DATE AND TIME CERTAIN, TO WIT: JANUARY 3, 2019, AT 9:00 A.M.

SET THIS MATTER FOR ANNUAL REVIEW, TO A DATE AND TIME CERTAIN, TO WIT: OCTOBER 4, 2019, AT 9:00 A.M.

**ALL ORDERS EFFECTIVE DECEMBER 17, 2018.**

_____
JEFF REYNARD, MAGISTRATE    STENO: ACF    FTR#14

CLERK OF COURTS TO ISSUE A COPY VIA ELECTRONIC NOTIFICATION TO THE PUBLIC DEFENDER'S OFFICE.

Franklin County Court of Common Pleas

**Date:**            01-04-2019

**Case Title:**      IN THE MATTER OF: MARLY CARTER

**Case Number:**     18JU011680

**Type:**            MAGISTRATE DECISION AND JUDGMENT ENTRY ADOPTED

James W. Brown, Judge

James W. Brown

Electronically signed on 2019-Jan-04     page 4 of 4

Case: 2:20-cv-05076-JLG-KAJ Doc #: 1 Filed: 09/28/20 Page: 26 of 37 PAGEID #: 26

Court Disposition

Case Number: 18JU011680

Case Style: IN THE MATTER OF: MARLY CARTER

Case Terminated: 09 - Admission to Magistrate

Final Appealable Order: Yes

# IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO

## DIVISION OF DOMESTIC RELATIONS

## AND JUVENILE BRANCH

MARLY CARTER
ABUSED/NEGLECTED/DEPENDENT MINOR

CASE NO.: 18JU-11680
JUDGE BROWN
MAGISTRATE REYNARD

## J U D G M E N T   E N T R Y

Pursuant to Ohio Rules of Civil Procedure/Ohio Rules of Juvenile Procedure, the Court has by specific and/or general order of reference directed that this cause be referred to a magistrate, which magistrate has the powers specified in said Ohio Civil Rules/Ohio Juvenile Rules.

This matter was heard _____ 1-3-19 _____ on a xxxxxx/complaint filed:

_____ CASE PLAN _____ and appearances were made by:

PFSN ATTY/ANDREW SELWA, PFSN CW/CAMERON ADAMS, GAL/JASON RUSS,

MOTHER'S ATTY/PETE CHIMBIDIS

The magistrate has filed a decision in this matter with the Clerk of Courts on __ see time stamp __, and copies thereof were mailed to the parties and/or their attorneys of record. The Court adopts the magistrate's decision and approves same, unless specifically modified or vacated, and enters the same as a matter of record, and includes same as the Court's judgment herein. The Court further finds there is no error of law or other defect on the face of the magistrate's decision. The Court incorporates by reference the attached magistrate's decision and makes same the judgment of this Court.

(Check if applicable)

☒ Pursuant to Ohio Rule of Civil Procedure 53(D)(4)(e)(ii)/Juvenile Procedure 40(D)(4)(e)(ii) the Court finds immediate relief is justified. Should a party file timely objections to the magistrate's decision, this order shall serve as an interim order, and shall not be subject to the automatic stay caused by the filing of said objections. Said interim order shall not extend more than 28 days from the date of entry, subject to extension by the court in increments of 28 days for good cause shown.

| **PRAECIPE: TO THE CLERK OF COURTS** | SIGNATURE PAGE ATTACHED |
| Pursuant to Civil Rule 58(B), you are hereby instructed to serve upon all parties not in default for failure to appear, notice of the judgment and its date of entry upon the journal. | JUDGE |

MARLY CARTER
ABUSED/NEGLECTED/DEPENDENT MINOR

CASE NO.: 18JU-11680
JUDGE BROWN
MAGISTRATE REYNARD

## MAGISTRATE'S DECISION

HEARING: JANUARY 3, 2019

STATUS: THIS MATTER IS BEFORE THE COURT FOR A CASE PLAN SUBMISSION.

APPEARANCES: PFSN ATTY/ANDREW SELWA, PFSN CW/CAMERON ADAMS, GAL/JASON RUSS, MOTHER'S ATTY/PETE CHIMBIDIS

The Magistrate finds that the parties acknowledge receipt of a copy of the case plan and waive further service of a copy of the case plan upon its journalization.

**NOTICE TO THE PARTIES: A party shall not assign as error on appeal the court's adoption of any factual finding or legal conclusion, whether or not specifically designated as a finding of fact or conclusion of law under Civil Rule 53(D)(3)(a)(ii) or Juvenile Rule 40(D)(3)(a)(ii), unless the party timely and specifically objects to that factual finding or legal conclusion as required by Civil Rule 53(D)(3)(b) or Juvenile Rule 40(D)(3)(b).**

**ON JANUARY 3, 2019, IT IS THE DECISION OF THE MAGISTRATE THAT THE FOLLOWING ORDERS SHALL ISSUE:**

APPROVE AND ADOPT THE CASE PLAN AND MAKE THE SAME AN ORDER OF THE COURT.

THE PARTIES ARE HEREBY NOTIFIED THAT THEY MAY BE CHARGED WITH CONTEMPT OF COURT IF THEY FAIL TO COMPLY WITH THE CASE PLAN.

ALL ORDERS EFFECTIVE JANUARY 3, 2019.

JEFFREY REYNARD, MAGISTRATE            STENO: JM            FTR#2

**Clerk of Courts to issue electronic notification to the Public Defender's Office: Pete Chimbidis**

## Franklin County Court of Common Pleas

**Date:**  01-11-2019

**Case Title:**  IN THE MATTER OF: MARLY CARTER

**Case Number:**  18JU011680

**Type:**  MAGISTRATE DECISION AND JUDGMENT ENTRY ADOPTED

James W. Brown, Judge

James W. Brown

Electronically signed on 2019-Jan-11    page 3 of 3

THE STATE OF OHIO
Franklin County, ss

I, MARYELLEN O'SHAUGHNESSY, Clerk
OF THE COURT OF COMMON PLEAS
WITHIN AND FOR SAID COUNTY,
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN
AND COPIED FROM THE ORIGINAL

NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID
COUNTY THIS _____ DAY OF _____ A.D. 20__

MARYELLEN O'SHAUGHNESSY, Clerk

_____ Deputy

Court Disposition

Case Number:  18JU011680

Case Style:  IN THE MATTER OF: MARLY CARTER

Final Appealable Order:  Yes

# IN THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO

## DIVISION OF DOMESTIC RELATIONS

## AND JUVENILE BRANCH

MARLY CARTER
ABUSED/NEGLECTED/DEPENDENT MINOR

CASE NO. 18JU-10-11680
JUDGE BROWN
MAGISTRATE REYNARD

## JUDGMENT ENTRY

Pursuant to Ohio Rules of Civil Procedure/Ohio Rules of Juvenile Procedure, the Court has by specific and/or general order of reference directed that this cause be referred to a magistrate, which magistrate has the powers specified in said Ohio Civil Rules/Ohio Juvenile Rules.

This matter was heard _____ JUNE 10, 2019 _____ on a motion filed:

_____ APRIL 3, 2019 _____ and appearances were made by:

FATHER; MOTHER'S ATTORNEY, PETER CHIMBIDIS; GAL, JASON RUSS; PFSN

ATTORNEY, ANDREW SELWA.

The magistrate has filed a decision in this matter with the Clerk of Courts on __ see time stamp __, and copies thereof were mailed to the parties and/or their attorneys of record. The Court adopts the magistrate's decision and approves same, unless specifically modified or vacated, and enters the same as a matter of record, and includes same as the Court's judgment herein. The Court further finds there is no error of law or other defect on the face of the magistrate's decision. The Court incorporates by reference the attached magistrate's decision and makes same the judgment of this Court.

(Check if applicable)

☒      Pursuant to Ohio Rule of Civil Procedure 53(D)(4)(e)(ii)/Juvenile Procedure 40(D)(4)(e)(ii) the Court finds immediate relief is justified. Should a party file timely objections to the magistrate's decision, this order shall serve as an interim order, and shall not be subject to the automatic stay caused by the filing of said objections. Said interim order shall not extend more than 28 days from the date of entry, subject to extension by the court in increments of 28 days for good cause shown.

---

**PRAECIPE: TO THE CLERK OF COURTS**
Pursuant to Civil Rule 58(B), you are hereby instructed to serve upon all parties not in default for failure to appear, notice of the judgment and its date of entry upon the journal.

SIGNATURE PAGE ATTACHED _____
JUDGE

MARLY CARTER                                          CASE NO. 18JU-10-11680
ABUSED/NEGLECTED/DEPENDENT MINOR                      JUDGE BROWN
                                                     MAGISTRATE REYNARD

## MAGISTRATE'S DECISION

HEARING: JUNE 10, 2019

STATUS: THIS MATTER IS BEFORE THE COURT ON A MOTION TO TERMINATE
TEMPORARY COURT COMMITMENT TO FATHER, TERMINATE COURT ORDERED
PROTECTIVE SUPERVISION TO FRANKLIN COUNTY CHILDREN SERVICES, AND GRANT
LEGAL CUSTODY TO FATHER, SHAHID KAMAL, FILED APRIL 3, 2019.

APPEARANCES: FATHER; MOTHER'S ATTORNEY, PETER CHIMBIDIS; GAL, JASON RUSS;
PFSN ATTORNEY, ANDREW SELWA

The Magistrate advised the father of the right to counsel and the right to have an attorney appointed if
indigent. The father waived the right to counsel.

It is in the best interest of the child for her legal custody to be awarded to father, Shahid Kamal.

**NOTICE TO THE PARTIES: A party shall not assign as error on appeal the court's adoption of any factual
finding or legal conclusion, whether or not specifically designated as a finding of fact or conclusion of law under
Civil Rule 53(D)(3)(a)(ii) or Juvenile Rule 40(D)(3)(a)(ii), unless the party timely and specifically objects to that
factual finding or legal conclusion as required by Civil Rule 53(D)(3)(b) or Juvenile Rule 40(D)(3)(b).**

- CONTINUED ON PAGE 2 -
MARLY CARTER                                          CASE NO. 18JU-10-11680

C224 - 173
Case: 2:20-cv-05075-MHW-KAJ Doc #: 1-1 Filed: 09/28/20 Page: 33 of 37 PAGEID #: 33
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jun 13 9:12 AM-18JU017680

ABUSED/NEGLECTED/DEPENDENT MINOR

JUDGE BROWN
MAGISTRATE REYNARD

## MAGISTRATE'S DECISION
### - PAGE 2 -

**ON JUNE 10, 2019, IT IS THE DECISION OF THE MAGISTRATE THAT THE FOLLOWING ORDERS SHALL ISSUE:**

SUSTAIN THE MOTION TO EXERCISE CONTINUING JURISDICTION OVER THIS MATTER AND GRANT THE REQUEST TO TERMINATE TEMPORARY COURT COMMITMENT TO FATHER, TERMINATE COURT ORDERED PROTECTIVE SUPERVISION TO FRANKLIN COUNTY CHILDREN SERVICES, AND GRANT LEGAL CUSTODY TO FATHER, SHAHID KAMAL, FILED APRIL 3, 2019.

TERMINATE THE TEMPORARY COURT CUSTODY OF MARLY CARTER TO FATHER, SHAHID KAMAL.

MAINTAIN WARDSHIP OF MARLY CARTER AND AWARD LEGAL CUSTODY OF SAID CHILD TO FATHER, SHAHID KAMAL, 610 SOUTH 22ND STREET, COLUMBUS, OHIO 43205, PURSUANT TO SECTION 2151.353 (A) (3) OF THE OHIO REVISED CODE.

ORDER NO SCHOOL DISTRICT TO BEAR THE COST OF TUITION DURING CUSTODY.

TERMINATE THE COURT ORDERED PROTECTIVE SUPERVISION OF MARLY CARTER PROVIDED BY FRANKLIN COUNTY CHILDREN SERVICES.

AS THERE IS NO CASE PLAN TO REVIEW PURSUANT TO SECTION 2151.417 (C) OF THE OHIO REVISED CODE, AND AS LEGAL CUSTODY IS INTENDED TO BE PERMANENT IN NATURE UNDER SECTION 2151.42 (B) OF THE OHIO REVISED CODE, THE COURT DECLINES TO SET AN ANNUAL REVIEW.

ORDER THE PARTIES TO NOTIFY THE COURT, THROUGH THE JUVENILE PROTECTIVE SERVICES DEPARTMENT, SHOULD THERE BE A CHANGE IN THEIR CURRENT ADDRESS OR TELEPHONE NUMBER.

STRIKE THE PREVIOUSLY SCHEDULED ANNUAL REVIEW OF OCTOBER 4, 2019, AT 9:00 A.M.

ALL ORDERS EFFECTIVE JUNE 10, 2019.

_____
JEFFREY REYNARD, MAGISTRATE          STENO: AAS          FTR

CLERK TO ISSUE ELECTRONIC NOTIFICATION TO THE PUBLIC DEFENDER'S OFFICE.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jun 18 10:12 AM-18JU011680

Franklin County Court of Common Pleas

**Date:**        06-18-2019

**Case Title:**        IN THE MATTER OF: MARLY CARTER

**Case Number:**        18JU011680

**Type:**        MAGISTRATE DECISION AND JUDGMENT ENTRY ADOPTED

James W. Brown, Judge

James W. Brown

Electronically signed on 2019-Jun-18    page 4 of 4

THE STATE OF OHIO
Franklin County, ss

I, MARYELLEN O'SHAUGHNESSY, Clerk
OF THE COURT OF COMMON PLEAS
WITHIN AND FOR SAID COUNTY,
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN
AND COPIED FROM THE ORIGINAL
NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID
COUNTY THIS _____ DAY OF _____ A.D.20___

MARYELLEN O'SHAUGHNESSY, Clerk

By _____ Deputy

Court Disposition

Case Number: 18JU011680

Case Style: IN THE MATTER OF: MARLY CARTER

Final Appealable Order: Yes

Motion Tie Off Information:

1. Motion CMS Document Id: 18JU011680002019-04-0399970000
   Document Title: 04-03-2019-MOTION FOR TERMINATION OF
   TEMPORARY COURT COMMITME - DEFENDANT: MARLY
   CARTER
   Disposition: MOTION GRANTED

# ATTENTION.    WARNING!

## This is a Legal Notice and Demand
### Fiat Justita Ruat Coelum
(Let Right be done, though the Heavens should fall)

## IGNORANCE OF THE LAW IS NO EXCUSE!
*Take a moment to read this BEFORE you proceed further.* ***This is for your protection!***

TO: All Public Officials, by and through the Secretary of State of Ohio, Pennsylvania, West Virginia, Indiana, Michigan, the District of Columbia and United States, et al (states)

The individual tendering this document is a Private People of Posterity, a Sovereign *TRAVELER*, a private "State" in Fact, NOT a 14th Amendment Citizen of, nor a Subject of, nor owing allegiance to, the Federal United States, nor any of the de facto compact states contracting thereto, therefor carrying with him the original and exclusive peculiar jurisdiction and venue under our one Supreme Court of Common Law. **I am at peace and not in a state of war with any power, person or thing.** This is a matter of public record, sent via Certified Mail to the Secretary of State, for the State of Ohio, and as may be recorded upon the records and books of the Register of Deeds in  Franklin  county, State of Ohio, or published as a Public Notice in said county's 'Paper of Record." U.C.C. 1-201 (25, 26, 27, 35) Notice, "Taken for Value and is Exempt from Levy, non-Intervention.".

The Party tendering this document is not under your jurisdiction nor venue, and not subject to your jurisdiction or venue. I demand that anything you have to say to Me you present in writing, signed under penalty of perjury.

I do not wish to speak to you under any circumstances!

I do not consent to any search of myself, my home, my car, my guests, nor anything else.

## THIS NOTICE IS IN THE NATURE OF A MIRANDA WARNING.
## TAKE DUE HEED OF SAME!

I DEMAND ALL, AND DO NOT AT ANY TIME WAIVE ANY, OF MY RIGHTS AND PROTECTIONS, AND DEMAND THAT YOU PROTECT THEM AS YOU HAVE SWORN AN OATH TO DO!

If, for any reason, you do not understand any of these statements of warnings, it is incumbent on you to summon a superior officer or supervisor to this place, immediately to explain to you the importance of these presentments, and your duties and obligations with respect to them.

Your failure to timely do so will leave you in the position of accepting full responsibility for any liabilities I incur, damages and/or injuries to me due to your actions, and/or the actions of any of your fellow officers in this matter.

Furthermore, should you witness any of the other officers that might be at this scene now, or in the future, violate any of my rights or protections, or their sworn oaths of office, it is your sworn duty to immediately arrest them, and charge them as you would any law-breaker, their uniform and badges notwithstanding.

A true and correct copy of this document is safely deposited with several trusted friends, along with a sworn Affidavit stating that is my policy to present this Document to each and any officer causing an arrest of my travels, in any manner, every time a delay/arrest of my travels is made. This Document, or the deposited copy, will become an Evidentiary Document, by reference herein as if fully reproduced by reference herein in any court action undertaken by me as a result of any liabilities I incur, injuries and/or damages that befall me from the instant action(s) on your part and/or the part of your fellow officers involved herein.

**BE WARNED, NOTICED, AND ADVISED** that I rely upon, in addition to Constitutional limits on governmental authority and the Rights and Protections guaranteed me therefrom, remedies available under the Uniform Commercial Code, **COMMON LAW AND COMMERCIAL LIENS, TITLE 42 USC (CIVIL RIGHTS), TITLE 18 USC (CRIMINAL CODE), TITLE 28 USC (CIVIL CODE),** and additionally, such state statute, law, rules and regulations that apply.

REMEMBER! You have taken a solemn and binding Oath to protect and defend the Constitution, violation of that Oath is treason. **THIS IS LEGAL AND TIMELY NOTICE TO YOU, A BONA FIDE LEGAL INSTRUMENT, OF NOTICE AND DEMAND – A PRIMAE FACIE EVIDENCE OF SUFFICIENT NOTICE OF GRACE – TAKE DUE HEED AND GOVERN YOURSELF ACCORDINGLY.**

The terms and conditions of this Instrument/Presentment. Agreement and Quasi Contract under the Uniform Commercial Code, the Fair Debt Collection Act, and the Foreign Debt Collections Act, contain, but are not limited to, should you in any way violate me and/or permit others to do so, those acts will be deemed ultra vires, willful and gross negligence, and a waiver on your part of any and all immunities you might claim.

## BILLING COSTS WHICH WILL BE ASSESSED UPON VIOLATIONS

Unlawful or illegal arrest without a lawful and true 4th Amendment warrant, $100,000,000.00 Assault or Assault and Battery; $10,000,000.00 (with a weapon); $50,000,000.00 illegal or unlawful search and seizure without a lawful and true 4th Amendment Warrant; $100,000,000.00 denial or abuse of due process; $50,000,000.00 unlawful distraint/interstate detainer; false imprisonment, $10,000,000.00; excessive bail, cruel and unusual punishment, right to speedy trial, freedom of speech, consipiracy, encroachment, abuse of authority, $7,500,000.00; denial of assistance of counsel-retain right, reckless endangerment, failure to identify and present credentials and authority, $7,500,000.00. **NOTE!** These charges are a Commercial Billing under the Uniform Commercial Code and the Fair Debt Collection Act. They may and shall be assessed against individuals, persons, governmental bodies, and corporate entities, or any combination of same, acting in concert and/or individually, jointly and severally, without their jurisdiction and venue and/or authority in the instant actions, without recourse to claim or immunity of any form, and by their consent and admission deemed resulting from their perpetrating these acts, **and do not preclude other remedies under Title 42 USC, Title 18 USC, Title 28 USC or state law, statute, rules or Common Law.** IGNORANCE OF THE LAW IS NO EXCUSE! I am the Principle, you are the Agent! Fail not to adhere to your Oath, lest you be called to answer before God and the One Supreme Court at Common Law, the original and exclusive peculiar jurisdiction and venue, the Court of First and Last Resort. SO BE IT!

_Shahid Azad Kamal El_
Shahid Azad Kamal El